No. 353, October Term, 1950. LAND ET AL. *v.* DOLLAR ET AL., 340 U. S. 884. The motion of petitioners for leave to withdraw the motion for leave to file petition for reconsideration is granted. MR. JUSTICE BLACK and MR. JUSTICE CLARK took no part in the consideration or decision of this motion. *Attorney General McGranery* for petitioners. *Herman Phleger, Gregory A. Harrison, Moses Lasky, Edmund L. Jones* and *Howard Boyd* for respondents.

No. 129. BABB *v.* BENJAMIN, CHIEF OF THE CHICAGO AREA, SOCIAL SECURITY ADMINISTRATION, ET AL. C. A. 7th Cir. Certiorari denied. Motion for leave to file petition for writ of mandamus also denied. Petitioner *pro se*. *Solicitor General Perlman* for respondents.

No. 54, Misc. SLUSSER *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Motion to amend the petition for writ of certiorari granted.

No. 28, Misc. FISK *v.* FRISBIE, WARDEN. Supreme Court of Michigan. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 126, Misc. HICKS *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. Petition for appeal and motion for leave to file petition for writ of habeas corpus also denied.